IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Rabbi Shalom Lewis,              *
                                 *
          Plaintiff,             *
                                 *
     v.                          *     CIVIL ACTION NO.
                                 *     1:09-CV-2235-TWT
                                 *
Commissioner Tommy Irvin,        *
                                 *
          Defendant.             *
_____

### CONSENT MOTION TO STAY PROCEEDINGS

Come now, Plaintiff and Defendant and jointly move this
Court for a stay of proceedings.  After conference with counsel
the Parties jointly move to stay this case including all
responsive pleadings and discovery holding it in complete
abeyance for six months or sooner should either party move that
the stay be lifted.  This time period is necessary as
legislative action may be required and the Georgia Assembly does
not reconvene until the end of January.

The parties seek this stay as they are optimistic that the
case may be resolvable short of litigation.  Should the parties
be able to pursue an alternate resolution, the stay will
preserve litigation expense, tax payer dollars and court
resources.

Respectfully submitted this 19th of August, 2009.


s/Anthony Ventry                  s/Devon Orland
GA Bar. 141372                    GA Bar. 554301
King & Spaulding                  Office of the Attorney General
1180 Peachtree Street             40 Capitol Square
Atlanta, Georgia 30309            Atlanta, Georgia 30334
Counsel for Plaintiff             Counsel for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party with a copy of the **CONSENT MOTION TO STAY PROCEEDINGS**, by filing same with the Clerk of Court by mailing same and by using the CM/ECF system, which will send notification of such filing to the following:

NONE

This 19th day of August, 2009.

s/Devon Orland_____
DEVON ORLAND
Sr. Assistant Attorney General